# FAULKNER, HOFFMAN & PHILLIPS, LLC
## ATTORNEYS AT LAW

June 19, 2018

Invoice submitted to:

IRONWORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY
COLLECTIONS ACCOUNT
Ms. Penny Brown, Administrative Manager
1470 Worldwide Place
Vandalia, OH 45377

In Reference To: Iron Workers District Council of
Southern Ohio & Vicinity Benefit Trust,
et al. v. Huber, Inc., et al.
Southern District of Ohio Case No.
3:18-cv-129

For Professional Services Rendered

|  |  | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/20/2018 MTH | Tel. conf. w/ P. Gotthardt regarding situation; review settlement agreement between Contractor & the Funds; draft & send demand letter for remaining unpaid amounts; re: Huber Inc, LLC | 1.25 | $225.00/hr | $281.25 |
| 4/13/2018 DMP | Review file & documents provided by Fund office on Huber delinquency; tel. conf. w/ C. Huber; discuss status of delinquency & payments submitted; discuss status of delinquency & employer's failure to submit monthly remittance reports; work on draft of lawsuit for delinquent contributions, liquidated damages, interest & dues; re: Huber (Litigation) | 2.25 | $200.00/hr | $450.00 |
| 4/16/2018 DMP | Continue working on draft complaint on claims for breach of fiduciary duties & prohibited transaction by principals; research officers & owners to be named in lawsuit; research status | 1.50 | $200.00/hr | $300.00 |

One International Place • 20[...] [...]ite 210 • Cleveland, OH 44135-6029
[...]1.8839

EXHIBIT A



IRONWORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY
June 19, 2018
Page 2

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | of corporation w/ Secretary of State for Ohio; re: Huber (Litigation) | | | |
| 4/17/2018 | DMP | Tel. conf. w/ P. Gotthardt; discuss amounts owed by Huber Inc; review draft of previous settlement agreement re liquidated damages & interest; update draft complaint w/ amounts from revised litigation fact sheet; edit & revise complaint; re: Huber (Litigation) | 0.75 | $200.00/hr | $150.00 |
| 4/18/2018 | DMP | Review settlement agreement regarding liquidated damages & interest; evaluate enforceability re unsigned agreement; update lawsuit to include claim for breach of settlement agreement; re: Huber (Litigation) | 1.25 | $200.00/hr | $250.00 |
| 4/19/2018 | DMP | Email to P. Gotthardt; tel. conf. w/ D. Baker; update & revise lawsuit; prepare exhibits to complaint; re: Huber (Litigation) | 0.75 | $200.00/hr | $150.00 |
| 4/23/2018 | DMP | Follow-up w/ JCH re joint check arrangement; re: Huber (Litigation) | 0.25 | $200.00/hr | $50.00 |
| 5/1/2018 | JCH | Review delinquency; contact Skanska U.S.A.; re: Huber (Litigation) | 0.25 | $225.00/hr | $56.25 |
| 5/2/2018 | JDM | Review ECF notices related to lawsuit filing; re: Huber (Litigation) | 0.25 | $225.00/hr | $56.25 |
| | DMP | Investigate potential bond claim on UC Fifth Third project; review George Steel; draft letter to George Steel re potential joint check arrangement & preserve rights to file bond on Arena | 1.25 | $200.00/hr | $250.00 |

**FAULKNER, HOFFMAN & PHILLIPS, LLC**
ATTORNEYS AT LAW

IRONWORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY
June 19, 2018
Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Project; status update to P. Gotthardt re bond claim & service of lawsuit; re: Huber (Litigation) | | | |
| 5/3/2018 | JCH | Tel. conf. w/ Skanska; tel. conf. w/ George Steel; send information; re: Huber (Litigation) | 0.50 | $225.00/hr | $112.50 |
| 5/4/2018 | DMP | Investigate potential bond claims; request documents & information from D. Baker & George Steel; re: Huber (Litigation) | 0.50 | $200.00/hr | $100.00 |
| 5/7/2018 | JDM | Review ECF notice related to pending collections case; re: Huber (Litigation) | 0.25 | $225.00/hr | $56.25 |
| 5/9/2018 | DMP | Investigate potential lien & bond claims for ongoing projects & recently completed projects; re: Huber (Litigation) | 0.75 | $200.00/hr | $150.00 |
| 5/10/2018 | DMP | Follow-up re George Steel; tel. conf. w/ B. Frost & K. Nickel re Fifth Third Arena project & joint check agreement; draft joint check agreement; re: Huber (Litigation) | 0.75 | $200.00/hr | $150.00 |
| 5/15/2018 | DMP | Research status of Blue Ash project at Summit Park; tel. conf. w/ E. George re status of work & other projects involving Huber; call to D. Rack from Turner Construction; tel. conf. w/ B. Frost at George Steel re potential joint check arrangement; draft email to B. Frost from George Steel re joint check arrangement; draft demand to C. Huber re documents & information required to prepare bond claims; | 1.50 | $200.00/hr | $300.00 |

**FAULKNER, HOFFMAN & PHILLIPS, LLC**
ATTORNEYS AT LAW

IRONWORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY
June 19, 2018
Page 4

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
|  |  | update to P. Gotthardt re status of lawsuit re: Huber (Litigation) |  |  |  |
| 5/16/2018 | JCH | Review correspondence & emails on projects & litigation; re: Huber (Litigation) | 0.25 | $225.00/hr | $56.25 |
| 5/18/2018 | JDM | Review ECF notice & application for entry of default; re: Huber (Litigation) | 0.25 | $225.00/hr | $56.25 |
| 5/21/2018 | JDM | Review ECF notice & entry of default; re: Huber (Litigation) | 0.25 | $225.00/hr | $56.25 |
| 5/22/2018 | DMP | Tel. conf. w/ C. Huber on status of delinquency; email to counsel for Huber; tel. conf. w/ B. Geisen on status of delinquency & potential settlement agreement to be submitted to the Ttrustees for approval; exchange emails w/ B. Geisen re status of lawsuit and default entry; re: Huber (Litigation) | 0.75 | $200.00/hr | $150.00 |
| 5/23/2018 | DMP | Review April contribution report; follow-up re Local 44 union dues & reports; review documents provided to Funds & documents required to determine total amounts owed; re: Huber (Litigation) | 0.50 | $200.00/hr | $100.00 |
| 5/24/2018 | DMP | Review reports received from counsel for Huber re Local #44; work on chart to calculate interest on unpaid dues; coordinate w/ P. Gotthardt on work performed in Local #70 & #172; re: Huber (Litigation) | 0.75 | $200.00/hr | $150.00 |





**FAULKNER, HOFFMAN & PHILLIPS, LLC**
ATTORNEYS AT LAW

IRONWORKERS DISTRICT COUNCIL OF SOUTHERN OHIO & VICINITY
June 19, 2018
Page   5

|  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/25/2018 | DMP | Email from P. Gotthardt re calculation of dues owed to Local #70 based on reports submitted by Huber; re: Huber (Litigation) | 0.25 | $200.00/hr | $50.00 |
| 5/30/2018 | DMP | Tel. conf. w/ counsel for Huber re status of settlement proposal w/ the Funds & Local Unions; further investigation into potential bond claims & joint check arrangements re ongoing projects; re: Huber (Litigation) | 0.75 | $200.00/hr | $150.00 |
|  |  | For professional services rendered |  | 17.75 | $3,631.25 |

Additional Charges :

|  |  |  |  |
|---|---|---|---|
| 4/19/2018 | JCH | U.S. District Court Filing Fee; re: Huber (Litigation) | $400.00 |
|  |  | Total additional charges | $400.00 |
|  |  | Total amount of this bill | $4,031.25 |
|  |  | Balance due | $4,031.25 |



**FAULKNER, HOFFMAN & PHILLIPS, LLC**

ATTORNEYS AT LAW

*Attorneys & staff designated as follows: George H. Faulkner (GHF), Joseph C. Hoffman (JCH), Robert M. Phillips (RMP), Joseph D. Mando (JDM), David M. Pixley (DMP), Sara A. Liva (SAL), Melinda A. Pukanski (MAP), Linda G. Stein (LGS), Hallie L. Buher (HLB) and David G. Faulkner (DGF), of counsel.*

The Ohio Supreme Court Disciplinary Rules provide that attorneys' fees are to be based upon the hours spent; the results obtained; the urgency of the matter; the experience, reputation and ability of the attorneys involved; and the novelty and difficulty of the issue involved. Our fees for all lawyers and paralegals are computed in accordance with the Supreme Court Rules. If you have any questions, please call our office. Thank you for your continued support by our representation of your legal affairs.

Faulkner, Hoffman & Phillips, LLC

*George H. Faulkner*