IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IRON WORKERS DISTRICT
COUNCIL OF SOUTHERN OHIO
& VICINITY BENEFIT TRUST, et al.,
:
:
:

Plaintiffs,

v.

HUBER, INC., LLC, et al.,

Defendants.

:

Case No. 3:18-cv-129

JUDGE WALTER H. RICE

:

---

DECISION AND ENTRY OVERRULING AS MOOT PLAINTIFFS'
MOTION TO ENFORCE SETTLEMENT AGREEMENT (DOC. #27);
MOTION FOR DEFAULT JUDGMENT AGAINST HUBER, INC., LLC
TO BE FILED WITHIN 30 DAYS

---

On January 15, 2020, counsel for Plaintiffs filed a Status Report announcing their intention to file a Motion to Withdraw the Motion to Enforce Settlement Agreement, Doc. #27, and to file an unopposed Motion for Default Judgment against Defendant Huber, Inc., LLC. *See* Doc. #34. However, Plaintiffs have filed nothing further.

Based on representations made by counsel in the Status Report, the Court OVERRULES AS MOOT the Motion to Enforce Settlement Agreement, Doc. #27. Plaintiffs are directed to file their Motion for Default Judgment against Defendant Huber, Inc., LLC, within the next 30 days.

Date: March 23, 2020

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE